# Invoice

**SEAGULL LEGAL SERVICES INC.**
PO BOX 1706
SOUTHAMPTON, PA 18966

| Date | Invoice # |
|---|---|
| 1/20/2023 | 8256189 |

| Bill To |
|---|
| DEREK A. STEENSON ESQ.<br>1313 RACE STREET<br>PHILADELPHIA, PA 19107 |

| Case |
|---|
| HARRIS V. KEARNS |

| Attorney | Contact | File # |
|---|---|---|
|  |  |  |

| Item | Description | Amount |
|---|---|---|
| PROCESS OF SERVICE | SERVICE OF SUMMONS & COMPLAINT<br><br>9 @ 1 LOCATION<br><br>PO BACEVICH<br>PO BRICE<br>PO KEARNS<br>PO KELLY<br>PO MURPHY<br>PO WILLS<br>PO WILSON<br>PO ZGLESZEWSKI<br>SGT. MIRABELLA<br>1515 ARCH ST., 4TH FL.<br>PHILADELPHIA, PA 19102<br><br>RECEIVED BY: MILAGROS COLON<br>12:59PM<br><br>NOTE: NOT ABLE TO ACCEPT FOR PO WILSON & PO KELLY WITHOUT BADGE NUMBER AND PO KEARNS IS NOT LISTED ON CURRENT ROSTER<br><br>NOTE: FEE INCLUDES PRINTING DOCUMENTS | 167.00 |

**For your convenience, we are now accepting credit cards. Processing fee of $5 if under $200 or 3% if over $200.

| | |
|---|---|
| **Total** | $167.00 |
| **Customer Total Balance** | $167.00 |

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| (215) 962-7021 | (215) 357-9144 | seagullegal@yahoo.com | www.seagullegal.com |

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | ) |
|---|---|
| KHARIE HARRIS | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 23-cv-00088 |
| P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

P/O Bacevich, Badge No. 1315
1515 Arch Street
14th Floor
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 1/11/2023

*s/ Ashley Mastrangelo*
*Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>Police Officer Bacevich</u> was received by me on *(date)* <u>1/18/2023</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual and title)* <u>Milagros Colon- Legal Support Clerk</u>, who is designated by law to accept service of process on behalf of *(name of individual and title)* <u>Police Officer Bacevich</u> on *(date)* <u>1/20/2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/26/2023

*Server's signature*

Stephanie Segal- Process Server
*Printed name and title*

PO Box 1706, Southampton, PA 18966
*Server's address*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| KHARIE HARRIS <br> *Plaintiff(s)* <br> v. <br> P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 23-cv-00088 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

P/O Zgleszewski
1515 Arch Street
14th Floor
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 1/11/2023

*s/ Ashley Mastrangelo*
*Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title)* <u>Police Officer Zgleszewski</u> was received by me on *(date)* <u>1/18/2023</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual and title)* <u>Milagros Colon- Legal Support Clerk</u>, who is designated by law to accept service of process on behalf of *(name of individual and title)* <u>Police Officer Bacevich</u> on *(date)* <u>1/20/2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/26/2023

*Server's signature*

Stephanie Segal- Process Server

*Printed name and title*

PO Box 1706, Southampton, PA 18966

*Server's address*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| KHARIE HARRIS <br> *Plaintiff(s)* <br> v. <br> P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE <br> *Defendant(s)* | Civil Action No. 23-cv-00088 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
P/O Wills, Badge No. 3680
1515 Arch Street
14th Floor
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/11/2023

*CLERK OF COURT*

*s/ Ashley Mastrangelo*
*Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title)* <u>Police Officer Wills</u> was received by me on *(date)* <u>1/18/2023</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual and title)* <u>Milagros Colon- Legal Support Clerk</u>, who is designated by law to accept service of process on behalf of *(name of individual and title)* <u>Police Officer Bacevich</u> on *(date)* <u>1/20/2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/26/2023

*Server's signature*

Stephanie Segal- Process Server

*Printed name and title*

PO Box 1706, Southampton, PA 18966

*Server's address*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | ) | |
|---|---|---|
| KHARIE HARRIS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   23-cv-00088 |
| P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
P/O Murphy, Badge No. 3539
1515 Arch Street
14th Floor
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   1/11/2023

*s/Ashley Mastrangelo*
*Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title)* <u>Police Officer Murphy</u> was received by me on *(date)* <u>1/18/2023</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual and title)* <u>Milagros Colon- Legal Support Clerk</u>, who is designated by law to accept service of process on behalf of *(name of individual and title)* <u>Police Officer Bacevich</u> on *(date)* <u>1/20/2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/26/2023

*Server's signature*

Stephanie Segal- Process Server

*Printed name and title*

PO Box 1706, Southampton, PA 18966

*Server's address*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| KHARIE HARRIS <br> *Plaintiff(s)* <br> v. <br> P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.   23-cv-00088 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
P/O Brice
1515 Arch Street
14th Floor
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____1/11/2023_____        *s/ Ashley Mastrangelo*
_____
Signature of Clerk or Deputy Clerk

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title)* Police Officer Brice was received by me on *(date)* 1/18/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual and title)* Milagros Colon- Legal Support Clerk, who is designated by law to accept service of process on behalf of *(name of individual and title)* Police Officer Bacevich on *(date)* 1/20/2023 ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/26/2023

_____
Server's signature

Stephanie Segal- Process Server
_____
Printed name and title

PO Box 1706, Southampton, PA 18966
_____
Server's address

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | |
|---|---|
| KHARIE HARRIS <br> *Plaintiff(s)* <br> v. <br> P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE <br> *Defendant(s)* | Civil Action No.   23-cv-00088 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
Sgt. Mirabella, Badge No. 392
1515 Arch Street
14th Floor
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   1/11/2023

*s/ Ashley Mastrangelo*
Signature of Clerk or Deputy Clerk

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title)* <u>Sgt. Mirabella</u> was received by me on *(date)* <u>1/18/2023</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual and title)* <u>Milagros Colon- Legal Support Clerk</u>, who is designated by law to accept service of process on behalf of *(name of individual and title)* <u>Police Officer Bacevich</u> on *(date)* <u>1/20/2023</u> ; or

☐ I returned the summons unexecuted because: _____ ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/26/2023

_____
Server's signature

Stephanie Segal- Process Server

*Printed name and title*

PO Box 1706, Southampton, PA 18966

*Server's address*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | | |
|---|---|---|
| KHARIE HARRIS<br>*Plaintiff(s)*<br>v.<br>P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.   23-cv-00088 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
P/O Wilson
1515 Arch Street
14th Floor
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   1/11/2023

*s/Ashley Mastrangelo*
*Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* <u>Police Officer Wilson</u> was received by me on *(date)* <u>1/18/2023</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the Summons unexecuted: <u>per legal support clerk on 1/20/2023 at 12:59pm, not able to accept without a badge number since name is too common</u>; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/24/2023

*Server's signature*

Stephanie Segal- Process Server

*Printed name and title*

PO Box 1706, Southampton, PA 18966

*Server's address*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| | ) | |
|---|---|---|
| KHARIE HARRIS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.   23-cv-00088 |
| P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
P/O Kelly
1515 Arch Street
14th Floor
Philadelphia, PA 19102

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   1/11/2023                              s/ *Ashley Mastrangelo*
                                               *Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* <u>Police Officer Kelly</u> was received by me on *(date)* <u>1/18/2023</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the Summons unexecuted: <u>per legal support clerk on 1/20/2023 at 12:59pm, not able to accept without a badge number since name is too common</u>; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/26/2023

_____
Server's signature

Stephanie Segal- Process Server

_____
Printed name and title

PO Box 1706, Southampton, PA 18966

_____
Server's address

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Pennsylvania

| | ) | |
|---|---|---|
| KHARIE HARRIS | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 23-cv-00088 |
| P/O KEARNS, BADGE NO. 3555; P/O BACEVICH, BADGE NO. 1315; P/O WILLS, BADGE NO. 3680; P/O MURPHY, BADGE NO. 3539; P/O KELLY; P/O ZGLESZEWSKI; SGT. MIRABELLA, BADGE NO. 392; P/O WILSON; P/O BRICE | ) ) ) ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

P/O Kearns, Badge No. 3555
1515 Arch Street
14th Floor
Philadelphia, PA 19102

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
DEREK A. STEENSON
1500 WALNUT ST SUITE 700
PHILADELPHIA, PA 19102

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:    1/11/2023                                      *s/Ashley Mastrangelo*
                                                                                        *Signature of Clerk or Deputy Clerk*

George Wylesol, Clerk of Court
U.S. District Court, Eastern District of PA

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 23-cv-00088

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons for *(name of individual and title, if any)* <u>Police Officer Kearns</u> was received by me on *(date)* <u>1/18/2023</u>

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the Summons unexecuted: <u>per legal support clerk on 1/20/2023 at 12:59pm, not able to accept since defendant is not listed on current roster</u>; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/26/2023

*Server's signature*

Stephanie Segal- Process Server

*Printed name and title*

PO Box 1706, Southampton, PA 18966

*Server's address*