IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHARIE HARRIS** | : |
| *Plaintiff(s)* | : |
| v. | : CIVIL NO. 23-0088 |
| **P/O KEARNS et al** | : |
| *Defendant(s)* | : |

## NOTICE RESCHEDULING HEARING

The **INITIAL PRETRIAL CONFERENCE** pursuant to Fed. R. Civ. P. 16 previously scheduled for **SEPTEMBER 13,2023 at 10:30 a.m.** has been rescheduled to **SEPTEMBER 18,2023 at 10:30 a.m.** before the Honorable Kai N. Scott in Chambers, Room 5614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Parties are reminded to comply with the directives outlined in the original notice.

*s/Tayai Lester*
**TAYAI LESTER**
Judicial Assistant, to the
Honorable Kai N. Scott
United States District Court Judge

**Date of Notice: September 7, 2023**
**Copies sent via ECF notification**