IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHARIE HARRIS,** *Plaintiff*, | : <br> : <br> : |
| v. | : CIVIL NO. 23-0088 <br> : |
| **P/O KEARNS, Badge No. 3555,** *et al.*, *Defendants*. | : <br> : <br> : |

## SCHEDULING ORDER

**AND NOW,** this **22nd** day of **September, 2023**, upon consideration of the parties' Report of Rule 26(f) Meeting and the representations made by counsel at the Preliminary Pretrial Conference pursuant to Rule 16 held on September 18, 2023, it is hereby **ORDERED** that:

1. All fact discovery shall be completed by **December 18, 2023**.

2. Motions for summary judgment, or any other dispositive motions, shall be filed by **January 22, 2024**. Responses to any motions for summary judgment shall be filed by **February 22, 2024**. Reply briefs in support of summary judgment shall be filed by **March 7, 2024**. Responses to other dispositive motions are due by **February 5, 2024**. All motions must conform with Judge Scott's Policies and Procedures.

3. The parties must submit pretrial memoranda (including proposed voir dire questions, proposed jury instructions, and verdict forms) and any complex motions in limine by **July 18, 2024**. Pretrial memoranda and motions in limine must comply with Local Rule of Civil Procedure 16.1(c) and Judge Scott's Policies and Procedures.

4. The final pretrial conference shall be held in Chambers on **Thursday, July 25, 2024, at 10:00 a.m.**

5.     **This case will enter the trial pool on Tuesday, August 6, 2024**.

6.     A Status Conference will be held via conference call on **Friday, December 15, 2023, at 10:00 a.m.**  Counsel is instructed to call 888-557-8511, then enter 8302815# to be connected with Judge Scott.

BY THE COURT:

_____
**HON. KAI N. SCOTT**
**United States District Court Judge**