IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **KHARIE HARRIS** :  *Plaintiff(s)* : : v. : **CIVIL NO. 23-0088** : **P/O KEARNS et al** : *Defendant(s)* : | |

### NOTICE RESCHEDULING HEARING

The **FINAL PRETRIAL CONFERENCE** previously scheduled for **AUGUST 8,2024** at **10:00 a.m.** has been **RESCHEDULED to AUGUST 8, 2024, at 11:00a.m.** before the Honorable Kai N. Scott in Chambers, Room 5614, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania. Parties are reminded to comply with the directives outlined in the original notice.

*s/Tayai Lester*
**TAYAI LESTER**
Judicial Assistant, to the
Honorable Kai N. Scott
United States District Court Judge

**Date of Notice: July 10, 2024**
**Copies sent via ECF notification**